I. F. L. CORP. ET AL. *v.* UNITED STATES

No. 6710.—Invoices dated London, England, March 1945, etc.
Certified March 1945, etc.
Entered at New York, N. Y., May 1, 1945, etc.
Entry No. 730001, etc.

(Decided January 7, 1947)

*Siegel, Mandell & Davidson* for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

TILSON, Judge: The appeals listed in schedule A, hereto attached and made a part hereof, have been submitted upon a stipulation to the effect that the issues in these appeals and the issues in *United States* v. *Pitcairn*, C. A. D. 334, are in all material respects similar, and the record in that case has been admitted in evidence herein.

Upon the agreed facts, and following the cited authority, I find and hold the proper dutiable export values of the merchandise covered by these appeals to be the values found by the appraiser, less any amounts added by the importers on entry to meet advances made by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.

TOBIAS & CO. *v.* UNITED STATES

No. 6711.—Invoice dated Birmingham, England, November 11, 1941.
Entered at New York, N. Y., January 9, 1942.
Entry No. 733702.

(Decided January 7, 1947)

*Lane & Wallace* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

KEEFE, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402.(d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.